# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

**JUDGMENT IN A CIVIL CASE**

REX M. SUITER,

     Plaintiff,

     V.                          Case No. 05-4048-CV-C-REL-SSA

JO ANNE B. BARNHART,

     Defendant.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that plaintiff's motion for summary judgment is denied.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed.

Order filed: October 26, 2005
Judgment entered: October 27, 2005

                                             P. L. BRUNE
                                             CLERK OF COURT

                                             */s/ Bonnie Rowland*
                                             Courtroom Deputy